JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL RECORDS LLC, | CV 23-5797 PA (BFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE ROYALTY FAMILY, INC., et al. | |
| Defendants. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on October 31, 2024,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants The Royalty Family, Inc., Andrea Espada and Ali Saleh ("Defendants") shall have Judgment in their favor and against Plaintiff Continental Records LLC ("Plaintiff") on its claims for copyright infringement and tortious interference with contractual relations; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall take nothing and that Defendants shall have their costs of suit.

DATED: October 31, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE